No. 96–9105.  MARRERO v. PENNSYLVANIA.  Sup. Ct. Pa.  Motion of Defender Association of Philadelphia for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 97–209.  TOLCHIN v. SUPREME COURT OF NEW JERSEY ET AL.  C. A. 3d Cir.  Motions of Philadelphia Bar Association and Michael D. Fettner for leave to file briefs as *amici curiae* granted.  Certiorari denied.

No. 97–210.  OFFICIAL COMMITTEE OF TORT CLAIMANTS v. DOW CORNING CORP. ET AL.  C. A. 6th Cir.  Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 97–5956.  NEAL v. LUCENT TECHNOLOGIES, INC., ET AL. C. A. 11th Cir.  Certiorari denied.  JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 97–387.  SCHUYLKILL ENERGY RESOURCES, INC. v. PENN-SYLVANIA POWER & LIGHT CO.  C. A. 3d Cir.  Motion of Attorney General of Pennsylvania for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 97–423.  AVITTS ET AL. v. AMOCO PRODUCTION CO. ET AL. C. A. 5th Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 96–1804.  HWANG v. HARRIS ET AL., *ante*, p. 810;

No. 96–1956.  COLE v. UNITED STATES, *ante*, p. 818;

No. 96–8881.  MARR v. WRIGHT, SUPERINTENDENT, CLALLAM BAY CORRECTIONAL FACILITY, 521 U. S. 1124;

No. 96–8905.  SCHWARZ v. SPALDING, *ante*, p. 826;

No. 96–9254.  SCHWARZ v. CLINTON, PRESIDENT OF THE UNITED STATES, ET AL., *ante*, p. 837;

No. 96–9371.  SCHWARZ v. WOODRUFF, INC., ET AL., *ante*, p. 845;

No. 96–9486.  OBERMEYER v. UNITED STATES, *ante*, p. 852;

No. 97–5151.  MMAHAT v. UNITED STATES, *ante*, p. 878;

No. 97–5454.  SCHWARTZ v. CITY OF BETHEL PARK, PENNSYLVANIA, *ante*, p. 895; .

No. 97–5456. SCHWARZ v. CLINTON, PRESIDENT OF THE UNITED STATES, ET AL., *ante*, p. 895;

No. 97–5662. EDMONDS v. UNITED STATES, *ante*, p. 902; and

No. 97–5883. LANGWORTHY v. GOICOCHEA, *ante*, p. 924. Petitions for rehearing denied.

## NOVEMBER 13, 1997

No. 97–6726 (A–365). IN RE MU'MIN. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Petition for writ of habeas corpus and petition for writ to preserve jurisdiction denied.

No. 97–6612 (A–346). MU'MIN v. PRUETT, WARDEN. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

## NOVEMBER 14, 1997

No. 97–282. FARAGHER v. CITY OF BOCA RATON. C. A. 11th Cir. Certiorari granted. Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, December 29, 1997. Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, January 28, 1998. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, February 18, 1998. This Court's Rule 29.2 does not apply.

No. 97–288. LEWIS ET VIR, INDIVIDUALLY, AS PARENTS, AS NEXT FRIENDS, AND AS ADMINISTRATORS OF THE ESTATE OF LEWIS, DECEASED v. BRUNSWICK CORP. C. A. 11th Cir. Certiorari granted. Brief of petitioners is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, December 29, 1997. Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m.,